SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
DENNIS COOPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>    Plaintiff,<br><br>  vs.<br><br>VCA ANIMAL HOSPITALS, INC.;<br>SCUBEN RR PALMDALE LLC; and<br>DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:25-cv-01669-DTB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff DENNIS COOPER ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  August 21, 2025            SO. CAL EQUAL ACCESS GROUP

                                                             */s/ Jason J. Kim*
                                                            JASON J. KIM
                                                            Attorney for Plaintiff